UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOMEDIA TECHNOLOGIES, INC.,

    Plaintiff/Counterclaim Defendant,

– against –

SCANBUY, INC.,

    Defendant/Counterclaim Plaintiff.

No. 04 – CV – 03026

Judge John E. Sprizzo

## SCANBUY'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND THE PARTIES' STIPULATION ON SAID MOTION

Defendant Scanbuy, Inc. ("Scanbuy") respectfully requests that this Court grant Scanbuy leave to file the accompanying "Defendant Scanbuy, Inc.'s Amended Answer to the Complaint." In an effort to avoid briefing and/or a hearing on this motion, Plaintiff NeoMedia Technologies, Inc. ("NeoMedia") and Scanbuy have stipulated to Scanbuy's request.

Scanbuy provided NeoMedia with a copy of the proposed Amended Answer and requested NeoMedia's consent to allow Scanbuy to file it. NeoMedia has consented *provided* that NeoMedia's consent be understood as being only for the purpose of allowing Scanbuy to file the Amended Answer. NeoMedia's consent is not an acknowledgement that there is any basis in fact or law for any allegations or claims made in Scanbuy's Amended Answer, and NeoMedia explicitly reserves the right to reply or otherwise defend against those allegations and claims.

Based on the foregoing, Scanbuy respectfully requests that this Court grant Scanbuy leave to file the accompanying Amended Answer.

Dated: February 13, 2006

NEOMEDIA TECHNOLOGIES, INC.

By: _____
Jeffrey A. Pine, Esq.
Allison M. Dudley, Esq.
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
Tel.: 312-673-0360
Fax: 312-673-0361

David Rabinowitz, Esq. (DR-5205)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700

Attorneys for Plaintiff
NeoMedia Technologies, Inc.

Dated: February 13, 2006

SCANBUY, INC.

By: _____
John M. Hintz (JH-3113)
Victor F. Souto (VS-7903)
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-230-8800
Fax: 212-230-8888

Avi Outmezguine (AO-2531)
54 West 39th Street – Floor 4
New York, NY 10018
Tel.: 212-278-0178 ext. 226
Fax: 212-764-0269

Attorneys for Defendant Scanbuy, Inc.

SO ORDERED.

Dated: New York, NY
       February ___, 2006

_____
John E. Sprizzo
United States District Judge

2