**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEOMEDIA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCANBUY, INC., <br><br> Defendant. | Civil Action No. 04 CV 3026 (JES) <br><br> Judge John E. Sprizzo <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the status conference currently scheduled for April 10, 2008 at 3:00 p.m. be rescheduled to July 17, 2008 at 3:00 p.m.

SO ORDERED.

Dated: 4-10-08, 2008

_____
John E. Sprizzo, U.S.D.J.

Dated:  April 9, 2008

Respectfully submitted,

_____
John M. Hintz
S. Calvin Walden
Victor F. Souto
Laura A. Paquette
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
Tel.:  (212) 230-8800
Fax:  (212) 230-8888

Avi Chai Outmezguine
Scanbuy, Inc.
54 West 39th Street – 4th Floor
New York, NY 10018
Tel.:  (212) 278-0178 ext. 226
Fax:  (212) 764-0269

Attorneys for Defendant SCANBUY, INC.

Respectfully submitted,

_____
Jeffrey A. Pine  (w/permission jmh)
Allison M. Dudley
VALAUSKAS & PINE LLC
One North Wacker Drive, Suite 4130
Chicago, Illinois  60606
Tel.:  (312) 673-0360
Fax:  (312) 673-0361

Michael H. Baniak
MCDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois  60606
Tel.:  (312) 913-0001
Fax:  (312) 673-0361

David Rabinowitz
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-1299
Tel.:  (212) 554-7800
Fax:  (212) 554-7700

Attorneys for Plaintiff
NEOMEDIA TECHNOLOGIES, INC.