UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEOMEDIA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCANBUY, INC., <br><br> Defendant. | Civil Action No. 04 CV 3026 (JES) <br><br> Judge John E. Sprizzo <br><br> **JOINT STATUS REPORT** |

    This constitutes the parties' status report concerning this case, which has been stayed, in part, in view of a reexamination of one (of the two) patents-in-suit at the United States Patent and Trademark Office.

    Since the stay was entered, the reexamination continues.

    Plaintiff NeoMedia still expects to receive in the very near future an Office Action that will set forth what claims will have been confirmed or rejected at this time. The timeline for a conclusion to the reexamination may therefore be much better known in another three months, and therefore the parties suggest that the stay be continued, with the status hearing currently set for July 17, 2008 vacated and reset for a date in early November 2008; a status report will again be submitted to the Court ten days in advance thereof.

July 3, 2008

Respectfully submitted,

/s/ John M. Hintz

John M. Hintz
Victor F. Souto
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 Telephone
(212) 230-8888 Facsimile

Attorneys for Defendant
Scanbuy, Inc.

and

David Rabinowitz (DR-5205)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7800 Telephone
(212) 554-7700 Facsimile

and

/s/Michael H. Baniak
Michael H. Baniak
MCDONNELL BOEHNEN HULBERT
& BERGHOFF LLP
300 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

and

Jeffrey A. Pine
*(pine@vp-law.com)*
VALAUSKAS & PINE LLC
150 N. Wacker Drive, Suite 1835
Chicago, Illinois 60606
(312) 673-0360 Telephone
(312) 673-0361 Facsimile

Attorneys for Plaintiff
NeoMedia Technologies, Inc.

SO ORDERED:

_____
U.S.D.J.

2